IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOIS MUNCHEL | * | Civil Action No. 1:12-906 |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| WYETH LLC, f/k/a AMERICAN HOME PRODUCTS CORPORATION | * | |
| | * | |
| WYETH PHARMACEUTICALS, INC. | * | |
| | * | |
| PFIZER, INC. | * | |
| | * | |
| Defendants | * | |

## PLAINTIFF'S MOTION TO EXPEDITE BRIEFING AND RULING ON MOTION TO REMAND

Plaintiff moves for an order expediting briefing and/or ruling on Plaintiffs' Motion to Remand this action to Delaware State Court. Plaintiffs have contemporaneously filed a Memorandum in Support of this Motion to Expedite Briefing and Ruling on Motion to Remand, the terms of which are incorporated by reference as if fully set forth herein.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Timothy E. Lengkeek

Richard A. Zappa
(Bar ID No. 528)
Timothy E. Lengkeek
(Bar Id. No. 4116)
Rodney Square
1000 North King Street
PO Box 391
Wilmington, Delaware 19899-0391
(302) 571-6626/6605
rzappa@ycst.com/tlengkeek@ycst.com
**Attorneys for Plaintiffs**

Dated: July 27, 2012

01:12322860.1

<u>Of Counsel:</u>
Sean P. Tracey        (pro hac vice pending)
Scott C. Greenlee     (pro hac vice pending)
TRACEY LAW FIRM
440 Louisiana, 19th Floor
Houston, TX 77002
(713) 495-2333 Telephone
(713) 495-2331 Facsimile