## Certificate of Conference

Counsel for Plaintiff has conferred with counsel for Defendant on July 27, 2012, in a good faith effort to resolve the matters raised by this motion, and counsel for Defendant is OPPOSED as to the disposition of the matters raised in this motion.

/s/Timothy E. Lengkeek
_____
Timothy E. Lengkeek

01:12322860.1