IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOIS MUNCHEL | * | Civil Action No. 1.12-906 |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| WYETH LLC, f/k/a AMERICAN HOME PRODUCTS CORPORATION | * | |
| | * | |
| WYETH PHARMACEUTICALS, INC. | * | |
| | * | |
| PFIZER, INC. | * | |
| | * | |
| Defendants | * | |

## ORDER ON PLAINTIFF'S MOTION TO EXPEDITE BRIEFING
## AND RULING ON MOTION TO REMAND

After review of Plaintiff's Motion to Expedite Briefing and Ruling on Motion to Remand

the Court finds that the same is GRANTED.

All remand briefing shall be submitted to the Court by _____ _____ 2012.

SIGNED on this the _____ day of _____ , 2012.


_____
The Honorable Leonard P. Stark